Michael G. Freedman (State Bar No. 281279)
*michael@thefreedmanfirm.com*
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845

Attorneys for Defendant
Herman Weisberg

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIENICOLE PORTE, an individual; and ALDO CASCIO, an individual,

Plaintiffs,

vs.

THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive

Defendants.

Case No. 2:26-cv-2129-HDV

**NOTICE OF APPEARANCE OF MICHAEL G. FREEDMAN AS COUNSEL FOR DEFENDANT HERMAN WEISBERG**

1

NOTICE OF APPEARANCE OF MICHAEL G. FREEDMAN

PLEASE TAKE NOTICE that Michael G. Freedman of The Freedman Firm PC hereby enters his appearance in the above-captioned action for Defendant Herman Weisberg.  The Clerk and all parties are requested to direct all notices and filings to be served or required to be served on Mr. Freedman at the address above the caption.

Respectfully submitted,

DATED: May 6, 2026          THE FREEDMAN FIRM PC

By:  _____
     Michael G. Freedman
     Attorneys for Defendant
     Herman Weisberg

NOTICE OF APPEARANCE OF MICHAEL G. FREEDMAN