Michael G. Freedman (State Bar No. 281279)
*michael@thefreedmanfirm.com*
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845

Attorneys for Defendant
Herman Weisberg

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,<br><br>        Plaintiffs,<br><br>        vs.<br><br>THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive<br><br>        Defendants. | Case No. 2:26-cv-2129-HDV<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT HERMAN WEISBERG TO RESPOND TO COMPLAINT** |

1

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT WEISBERG TO RESPOND TO COMPLAINT

**WHEREAS**, Plaintiffs Edward Joseph Cascio, Dominic Savini Cascio, Marie-Nicole Porte, and Aldo Cascio ("Plaintiffs") and Defendant Herman Weisberg ("Defendant") (together, the "Parties"), stipulate and consent to the relief sought, as indicated by the signatures of their respective counsel below;

**WHEREAS**, on February 27, 2026, Plaintiffs filed a 23-page complaint ("Complaint") naming Defendant and other parties as defendants;

**WHEREAS**, on April 16, 2026, Plaintiffs filed a proof of service of summons and complaint on Defendant;

**WHEREAS**, Fed. R. Civ. Pro. 12(a)(1) allows 21 days to serve a responsive pleading after being served with a summons and complaint;

**WHEREAS**, Defendant has only retained counsel in Los Angeles as of May 4, 2026;

**WHEREAS**, the Parties propose an enlargement of time for Defendant to respond to the Complaint given the need to gather further information and to accommodate attorney schedules;

**WHEREAS**, the Parties agree that Defendant will have until **May 15, 2026** to respond to the Complaint;

**WHEREAS**, this extension is without prejudice to, and without waiver of, any rights, defenses, or objections that Defendant may have, including the right to seek to compel arbitration, and shall not constitute a general appearance or substantive participation in the action, or consent to the Court's jurisdiction;

**WHEREAS**, the modification of deadlines proposed herein is not intended to delay the proceedings and will not prejudice any party;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that, subject to the Court's approval:

1. Defendant Weisberg has until May 15, 2026 to respond to Plaintiff's Complaint.

2. This extension is without prejudice to, and without waiver of, any rights,

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT WEISBERG TO RESPOND TO COMPLAINT

defenses, or objections that Defendant may have, including the right to seek to compel arbitration, and shall not constitute a general appearance or substantive participation in the action, or consent to the Court's jurisdiction.

DATED: May 6, 2026                    THE FREEDMAN FIRM PC
                                      By:   */s/ Michael G. Freedman*
                                            Michael G. Freedman
                                            Attorneys for Defendant
                                            Herman Weisberg

DATED: May 6, 2026                    KING, HOLMES, PATERNO &
                                      SORIANO, LLP

                                      By:   */s/ Howard E. King*
                                            HOWARD E. KING
                                            STEPHEN D. ROTHSCHILD
                                            JACKSON S. TRUGMAN
                                            HEATHER L. PICKERELL

                                            Attorneys for Plaintiffs EDWARD
                                            JOSEPH CASCIO, DOMINIC
                                            SAVINI CASCIO, MARIE-NICOLE
                                            PORTE and ALDO CASCIO

I, Michael G. Freedman, attest that all other signatories above, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT WEISBERG TO RESPOND TO COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026 I filed the foregoing via this Court's CM/ECF electronic filing system, which served all counsel of record.


*/s/ Michael G. Freedman*
Michael G. Freedman

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT WEISBERG TO RESPOND TO COMPLAINT