**MARTIN D. SINGER (BAR NO. 78166)**
**ALLISON S. HART (BAR NO. 190409)**
**SINGER WEINSTEN WOLF & JONELIS LLP**
2049 Century Park East, Suite 2400
Los Angeles, CA 90067-2906
Telephone:  (310) 556-3501
Facsimile:   (310) 556-3615
Email:  mdsinger@singerlaw.com
          ahart@singerlaw.com

**JONATHAN P. STEINSAPIR (BAR NO. 226281)**
**KATHERINE T. KLEINDIENST (BAR NO. 274423)**
**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone: (310) 566-9834
Facsimile: (310) 556-3615
Email:  jsteinsapir@khiks.com
          kkleindienst@khiks.com

Attorneys for Defendants THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; and MJJ VENTURES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of | CASE NO. 2:26-cv-02129-HDV-AGR<br><br>Hon. Hernan D. Vera<br><br>**STIPULATION CONFIRMING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**<br><br>Complaint filed:  February 27, 2026 |

1

STIPULATION CONFIRMING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,

Defendants.

This Stipulation is entered into by and between Plaintiffs Edward Joseph Cascio, Dominic Savini Cascio, Marie-Nicole Porte and Aldo Cascio (collectively "Plaintiffs"), on the one hand, and Defendants The Michael Jackson Company, John Branca, individually and as Co-Administrator of The Estate of Michael Jackson and Co-Trustee of the Michael Jackson Family Trust, John McClain, individually and as Co-Administrator of The Estate of Michael Jackson and Co-Trustee of the Michael Jackson Family Trust, MJJ Productions, LLC, MJJ Ventures, LLC, and Herman Weisberg (collectively "Defendants"), on the other hand and is based on the following facts:

WHEREAS, Plaintiffs filed their Complaint in this action on February 27, 2026 (Dkt. 1);

WHEREAS, on April 17, 2026, a Motion for an Order Compelling Arbitration was filed on behalf of Defendants The Michael Jackson Company, John Branca, individually and as Co-Administrator of The Estate of Michael Jackson and Co-Trustee of the Michael Jackson Family Trust, John McClain, individually and as Co-Administrator of The Estate of Michael Jackson and Co-Trustee of the Michael Jackson Family Trust, MJJ Productions, LLC, and MJJ Ventures, LLC (collectively

2

STIPULATION CONFIRMING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

the "MJC Defendants"), which Motion is currently set for hearing on June 4, 2026 (Dkt. 22);

WHEREAS, Defendant Herman Weisberg was recently served with the Summons and Complaint in this action, and an appearance was filed on behalf of his attorney on May 6, 2026;

WHEREAS, Plaintiffs and Defendant Weisberg filed a Stipulation on May 6, 2026, extending the time for Weisberg to respond to the Complaint to May 15, 2026;

WHEREAS, the Parties have stipulated and agreed that the deadline for all Defendants in this action to file a responsive pleading in response to the Complaint (other than the pending Motion for an Order Compelling Arbitration) shall be 14 days after the Court has issued its ruling on the pending Motion for an Order Compelling Arbitration;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that, subject to the Court's approval, all Defendants in this action shall have until 14 days after the Court has issued its ruling on the pending Motion for an Order Compelling Arbitration to file any pleading in response to the Complaint.

DATE:  May 12, 2026                          SINGER WEINSTEN WOLF & JONELIS LLP

By:   /s/ Martin D. Singer
MARTIN D. SINGER
Attorneys for Defendants THE MICHAEL Jackson COMPANY, a limited liability company; JOHN BRANCA, as Co- Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co- Administrator of THE ESTATE OF Michael JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; and MJJ VENTURES, LLC

3

STIPULATION CONFIRMING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

DATE:  May 12, 2026

KING, HOLMES, PATERNO & SORIANO, LLP

By:    /s/ Howard King
      HOWARD KING
Attorneys for Plaintiffs EDWARD JOSEPH CASCIO, DOMINIC SAVINI CASCIO, MARIE-NICOLE PORTE. And ALDO CASCIO

DATE:  May 12, 2026

THE FREEDMAN FIRM PC

By:    /s/ Michael G. Freedman
      MICHAEL G. FREEDMAN
Attorneys for Defendant HERMAN WEISBERG

STIPULATION CONFIRMING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS