Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Defendant Herman Weisberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,

     Plaintiffs,

v.

THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,

     Defendants.

Case No.: 2:26-cv-02129-HDV-AGR

**JOINDER OF HERMAN WEISBERG IN MOTION TO COMPEL ARBITRATION (DKT NO. 22)**

Hearing Date: June 4, 2026

Hearing Time: 10:00 a.m.

Courtroom: First Street – 5B

Judge: Hon. Hernan Vera

Defendant Herman Weisberg, by and through his counsel of record, Michael G. Freedman, hereby joins in the Motion for an Order Compelling Arbitration (the "Motion") filed on April 17, 2026 by Defendants The Michael Jackson Company,

LLC, John Branca, individually and as Co-Administrator of The Estate of Michael Jackson and Co-Trustee of the Michael Jackson Family Trust, John McClain, individually and as Co-Administrator of The Estate of Michael Jackson and Co-Trustee of the Michael Jackson Family Trust, MJJ Productions, LLC and MJJ Ventures, LLC (Dkt. 22).  Mr. Weisberg adopts and incorporates as his own all arguments and authorities as set forth in the Motion and respectfully requests that the Court grant the relief requested therein.


DATED:      May 15, 2026              Respectfully submitted,

                                      By:    /s/Michael G. Freedman
                                             Michael G. Freedman
                                             Attorney for Defendant
                                             Herman Weisberg

HERMAN WEISBERG'S JOINDER IN MOTION TO COMPEL ARBITRATION