[dkt. 27 moot]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of | CASE NO. 2:26-cv-02129-HDV-AGR<br><br>Hon. Hernan D. Vera<br><br>**~~[PROPOSED]~~ ORDER CONFIRMING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**<br><br>Complaint filed:  February 27, 2026 |

1

the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,

Defendants.

Upon consideration of the Stipulation filed by Plaintiffs and Defendants Confirming the Deadline for Defendants to File Responsive Pleadings to the Complaint,

IT IS HEREBY ORDERED that the deadline for all Defendants to file a response to the Complaint shall be within 14 days after the Court has issued its ruling on the pending Motion for an Order Compelling Arbitration (Dkt. 22).

DATE: May 19, 2026

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER CONFIRMING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS