# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual, | CASE NO. 2:26-cv-02129-HDV-AGR |
| | Hon. Hernan D. Vera |
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION CONTINUING HEARING DATE ON MOTION FOR AN ORDER COMPELLING ARBITRATION** |
| v. | |
| THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF | Date:           June 11, 2026<br>Time:           10:00 a.m.<br>Courtroom:  5B |

1

| | |
|---|---|
| MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Complaint filed:  February 27, 2026 |

UPON CONSIDERATION of the Stipulation filed by the parties to continue the hearing on the Motion for an Order Compelling Arbitration,

IT IS HEREBY ORDERED that the hearing on the MJC Defendants' Motion for an Order Compelling Arbitration (Dkt. 22) shall be continued from June 11, 2026 to June 18, 2026 at 10:00 a.m.

DATED:  June 4, 2026

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING HEARING DATE ON MOTION FOR AN ORDER COMPELLING ARBITRATION