KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
SROTHSCHILD@KHPSLAW.COM
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JTRUGMAN@KHPSLAW.COM
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiffs EDWARD
JOSEPH CASCIO, DOMINIC SAVINI
CASCIO, MARIE-NICOLE PORTE and
ALDO CASCIO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-02129 HDV (AGRx)<br><br>**DECLARATION OF HEATHER L. PICKERELL IN SUPPORT OF PLAINTIFFS' REQUEST TO FILE A SURREPLY AND SUPPLEMENTAL DECLARATIONS AND REQUEST FOR AN EVIDENTIARY HEARING**<br><br>Action Commenced:  February 27, 2026 |

6187.061/3254655.1

## **DECLARATION OF HEATHER L. PICKERELL**

I, Heather L. Pickerell, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am an associate with King, Holmes, Paterno & Soriano, LLP, attorneys of record for Plaintiffs EDWARD JOSEPH CASCIO, DOMINIC SAVINI CASCIO, MARIE-NICOLE PORTE and ALDO CASCIO.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.  I make this declaration in support of Plaintiffs' Request to File a Surreply and Supplemental Declarations and Request for an Evidentiary Hearing.

2.    On June 4, 2026, my co-counsel, Howard King, and I met and conferred with Allison Hart and Martin Singer (who are counsel for Defendants The Michael Jackson Company, MJJ Productions, LLC, MJJ Ventures, LLC, John Branca) and John McClain and Clifford Robert (who are counsel for Defendant Herman Weisberg) regarding Plaintiffs' Request to File a Surreply and Supplemental Declarations and Request for an Evidentiary Hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of June, 2026, at Los Angeles, California.

_/s/ Heather L. Pickerell_
Heather L. Pickerell

KING, HOLMES,
PATERNO &
SORIANO, LLP

6187.061/3254655.1

2