UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,

Plaintiffs,

vs.

THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,

Defendants.

CASE NO. 2:26-cv-02129 HDV (AGRx)

**[PROPOSED] ORDER**

Action Commenced:  February 27, 2026

6187.061/3256175.1

[PROPOSED] ORDER

Case No. 2:26-cv-02129 HDV (AGRx)

The Court has reviewed Plaintiffs' Request for Leave to File a Surreply and Supplemental Declarations and Request for an Evidentiary Hearing ("Request"), arguments of counsel, and the record.

The Court **GRANTS** the Request.

1. The Court grants Plaintiffs leave to file the surreply and supplemental declarations attached to the request to support their Opposition to the Motion for an Order Compelling Arbitration and Request for Stay of Arbitration Proceedings ("Motion") filed by Defendants The Michael Jackson Company, MJJ Productions, LLC, MJJ Ventures, LLC, John Branca, and John McClain.

2. The Court will conduct an evidentiary hearing on the Motion on _____.

DATED:

_____
Hon. Hernán D. Vera

KING, HOLMES,
PATERNO &
SORIANO, LLP

6187.061/3256175.1

2

Case No. 2:26-cv-02129 HDV (AGRx)

[PROPOSED] ORDER