KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
SROTHSCHILD@KHPSLAW.COM
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JTRUGMAN@KHPSLAW.COM
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiffs EDWARD JOSEPH CASCIO,
DOMINIC SAVINI CASCIO, MARIE-NICOLE PORTE
and ALDO CASCIO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-02129 HDV (AGRx)<br><br>**DECLARATION OF CONCETTA CASCIO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO JACKSON PARTIES' MOTION FOR ORDER COMPELLING ARBITRATION AND REQUEST FOR STAY OF ARBITRATION PROCEEDINGS AND PLAINTIFFS' OPPOSITION TO HERMAN WEISBERG'S JOINDER**<br><br>Action Commenced:  February 27, 2026 |

6187.061/3254665.1                                   1                    Case No. 2:26-cv-02129 HDV (AGRx)

SUPPLEMENTAL DECLARATION OF CONCETTA CASCIO

## DECLARATION OF CONCETTA CASCIO

I, CONCETTA CASCIO, declare as follows:

1.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. This declaration is submitted in support of Plaintiffs' opposition to the Motion for an Order Compelling Arbitration and Request for Stay of Arbitration Proceedings filed by Defendants, The Michael Jackson Company, MJJ Productions, LLC, MJJ Ventures, LLC, John Branca, and John McClain and Plaintiffs' opposition to the Joinder filed by Herman Weisberg.

2.  My husband, Dominic Cascio Sr., and I are parents to Frank Cascio and Plaintiffs Edward Joseph Cascio, Dominic Savini Cascio, Marie-Nicole Porte, and Aldo Cascio.

3.  In 2019, Mr. Freedman, Mr. Weitzman, and Mr. Weisberg traveled to New Jersey to meet with my husband and me. I prepared them food. Mr. Freedman and Mr. Weitzman spent hours with talking with us. They apologized for Jackson's sexual abuse of my children. They ate and drank wine. I was extremely emotional and cried when describing the horrific impact that Jackson's sexual abuse has had on our entire family and the trauma we have suffered. Mr. Freedman and Mr. Weitzman got emotional listening to my husband and me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___6/3/2026___, at ___Simpsonville___, ___SC___.

DocuSigned by:

*Concetta Cascio*
43839B61F1004FD...

Concetta Cascio

KING, HOLMES,
PATERNO &
SORIANO, LLP

6187.061/3254665.1                    2                    Case No. 2:26-cv-02129 HDV (AGRx)
SUPPLEMENTAL DECLARATION OF CONCETTA CASCIO