UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:26-cv-02129-HDV-CTSx                                     Date: June 18, 2026

Title    *Edward Joseph Cascio et al v. The Michael Jackson Company et al*

---

Present:  The Honorable:    Hernán D. Vera, United States District Judge

| Nicholas Huynh | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Howard King | Allison Hart |
| Heather Pickerell | Martin Singer |
| | Michael Freedman |
| | Clifford Robert |

**Proceedings:  MOTION FOR AN ORDER COMPELLING ARBITRATION [22]**

Having heard oral argument on the motion, the Court takes the motion under submission.

Time: 0/33

**Initials of Preparer**    N.H.