# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. No. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK GERAGOS, SBN 108325
TINA GLANDIAN, SBN 251614

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:26-cv-02129-HDV-AGR<br><br><br>**NOTICE OF ATTORNEY'S LIEN** |

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. No. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

- 1-

NOTICE OF ATTORNEY'S LIEN

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**YOU ARE HEREBY NOTIFIED** that GERAGOS & GERAGOS, APC, former counsel for Plaintiffs EDWARD JOSEPH CASCIO, DOMINIC SAVINI CASCIO, MARIE-NICOLE PORTE, and ALDO CASCIO ("Plaintiffs"), hereby asserts a contractual attorney's charging lien against any settlement, judgment, arbitration award, or other recovery obtained by Plaintiffs arising from the claims asserted in this action.

Geragos & Geragos previously represented Plaintiffs pursuant to a written contingency fee agreement in connection with the claims that are the subject of this action. The fee agreement grants Geragos & Geragos a contractual charging lien securing payment for legal services rendered and for costs and expenses advanced on Plaintiffs' behalf, together with all other sums owed under the fee agreement. The lien attaches to any recovery obtained by Plaintiffs and survives termination of the attorney-client relationship.

This Notice is provided solely to place the Court, the parties, successor counsel, and all persons or entities responsible for disbursing any recovery on notice of Geragos & Geragos' contractual charging lien. Geragos & Geragos expressly reserves all rights to enforce its lien under applicable law.

Dated:  July 31, 2026

Respectfully submitted,

GERAGOS & GERAGOS, APC

 /s/ *Mark Geragos*_____
MARK GERAGOS
TINA GLANDIAN

NOTICE OF ATTORNEY'S LIEN

**GERAGOS & GERAGOS, APC**
HISTORIC ENGINE CO. No. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411