KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
SROTHSCHILD@KHPSLAW.COM
JACKSON S. TRUGMAN, ESQ., STATE BAR NO. 295145
JTRUGMAN@KHPSLAW.COM
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiffs EDWARD JOSEPH CASCIO, DOMINIC SAVINI CASCIO, MARIE-NICOLE PORTE and ALDO CASCIO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

EDWARD JOSEPH CASCIO, an individual; DOMINIC SAVINI CASCIO, an individual; MARIE-NICOLE PORTE, an individual; and ALDO CASCIO, an individual,

Plaintiffs,

vs.

THE MICHAEL JACKSON COMPANY, a limited liability company; JOHN BRANCA, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; JOHN MCCLAIN, as Co-Administrator of THE ESTATE OF MICHAEL JACKSON, Co-Trustee of the MICHAEL JACKSON FAMILY TRUST, and individually; MJJ PRODUCTIONS, LLC, a limited liability company; MJJ VENTURES, LLC, a limited liability company; HERMAN WEISBERG, an individual; and DOES 1 through 20, inclusive,

Defendants.

CASE NO. 2:26-cv-02129-HDV-CTSx

Judge: Hon. Hernán D. Vera

**JOINT STATUS REPORT**

Action Commenced: February 27, 2026

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's August 14, 2026 Order, Plaintiffs Edward Joseph Cascio, Dominic Savini Cascio, Marie-Nicole Porte, Aldo Cascio and Defendants The Michael Jackson Company, John Branca, John McClain, MJJ Productions, LLC MJJ Ventures, LLC, and Herman Weisberg submit this joint status report:

The Parties continue to litigate their disputes in arbitration.

DATED: November 9, 2026

KING, HOLMES, PATERNO & SORIANO, LLP

By: */s/ Howard E. King*

HOWARD E. KING
STEPHEN D. ROTHSCHILD
JACKSON S. TRUGMAN
HEATHER L. PICKERELL
Attorneys for Plaintiffs EDWARD JOSEPH CASCIO, DOMINIC SAVINI CASCIO, MARIE-NICOLE PORTE and ALDO CASCIO

DATED: November 9, 2026

SINGER WEINSTEN WOLF & JONELIS LLP

By: */s/ Allison S. Hart*

MARTIN D. SINGER, ESQ.
ALLISON S. HART, ESQ.
Attorneys for Defendants THE MICHAEL JACKSON COMPANY; JOHN BRANCA, as Co-Administrator of The Estate of Michael Jackson, Co-Trustee of the Michael Jackson Family Trust, and individually; JOHN MCCLAIN, as Co-Administrator of The Estate

of Michael Jackson, Co-Trustee of the Michael Jackson Family Trust, and individually; MJJ PRODUCTIONS, LLC; and MJJ VENTURES, LLC

DATED: November 9, 2026

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: */s/ Jonathan P. Steinsapir*

JONATHAN P. STEINSAPIR, ESQ.
KATHERINE T. KLEINDIENST, ESQ.
Attorneys for Defendants THE MICHAEL JACKSON COMPANY; JOHN BRANCA, as Co-Administrator of The Estate of Michael Jackson, Co-Trustee of the Michael Jackson Family Trust, and individually; JOHN MCCLAIN, as Co-Administrator of The Estate of Michael Jackson, Co-Trustee of the Michael Jackson Family Trust, and individually; MJJ PRODUCTIONS, LLC; and MJJ VENTURES, LLC

DATED: November 9, 2026

THE FREEDMAN FIRM PC

By: */s/ Michael G. Freedman*

MICHAEL G. FREEDMAN, ESQ.
Attorneys for Defendant HERMAN WEISBERG